### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Lance Ewert, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  3:17-cv-891-wmc |
| Northland Group, LLC, f/k/a Northland Group, Inc., a Minnesota corporation, Delaware limited liability, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER FOR DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without fees or costs with prejudice.

DATE:_____                    _____
                                                                        Magistrate Judge Stephen L. Crocker